UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Mandalawi, Duray A29-71-0639    )
                                )
                v.              )    CIVIL No. ---------------------
                                )
Chdbourne, et al                )
                                )    MOTION FOR THE APPOINTMENT OF COUNSEL
                                )
                                )
                                )

05-11763 RWZ

Now comes the Petitioner, Duray Mandalwi, who moves this court to assign him counsel pursuant to Federal Rules of Civil Procedure § 3006. In support of this motion, Petitioner alleges the follows:

1. That he has been detained by ICE at Suffolk County House of Correction beyond the "presumptively reasonable time" set forth in Zadvydas v. Davis, after the final order of removal.
2. That based on the merits of the case, his likelihood of success is insumountible; but without the assistance of counsel, that likelihood will be remote to a point where he will not prevail even with a prima facie case as it is right now.
3. That he is an indigent person without no means or wherewithal, and has been since June 5th, 2002.
4. That his case involves exigent matters of laws and serious violations of the U.S Constitution, International laws and treaties of the United States by the Respondents.
5. Inasmuch, a layperson such as Petitioner will be prejudiced, because he doesn't have any legal knowledge, if the court fails to appoint counsel for him.
6. That under 28 U.S.C § 1915, he is entitled for the relief sought.
7. That it would be in his best interest if this court would appoint counsel for him.

Signed under the pains and penalties of perjury.

Respectfully Submitted

_____
Duray Mandalawi # A29-71-0639