UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DURAY MANDALAWI, )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>ALBERTO GONZALES, ET AL. )<br>)<br>Respondents[1] ) | Civil Action No.<br>05cv11763-RWZ |

## MOTION TO DISMISS

Respondent moves to dismiss this action pursuant to Fed. R. Civ. P. Rule 12(b)(6) for failure to state a claim upon which relief may be granted.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  s/Frank Crowley
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114
(617) 565-2415

---

[1] The responsive official of the Department of Homeland Security responsible for enforcement of petitioner's removal order in the instant action is Bruce Chadbourne, Field Office Director for Detention and Removal, Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts. See 28 U.S.C. § 517 (providing for the appearance of the Department of Justice "to attend to the interests of the United States in a suit pending in a court of the United States").

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon pro se petitioner by mail on September 16, 2005.

                                                s/Frank Crowley
                                                FRANK CROWLEY
                                                Special Assistant U.S. Attorney
                                                Department of Homeland Security
                                                P.O. Box 8728
                                                J.F.K. Station
                                                Boston, MA 02114