Dinny [illegible]
Docket 1:05-[CV]-11763-RWZ
[illegible] ICC
26 Bradston St
Boston MA 02118

U.S. District Court
Office Of The Clerk
[Courthouse Way Suite 2300]
Boston   MA  02210

Dear Madam/Sir

I respectfully [request] a [illegible] hearing date to [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] law representing [illegible] at your court with my petition. I [would] know if I made any mistakes with my motions or petition procedures. Please [notify] me if I [made] any mistakes. Thank you in advance for your [assistance] and [look forward to hear] from your office.

respectfully Submitted