Duray Mandalawi
A 29-710-639
S.C.H.O.C.
20 Bradston St.
Boston MA 02118

honorable judge Rya W. Zobel
U.S. District Court
1 Courthouse way, Suite 2300
Boston MA 02210

RE. Request for hearing date.

Dear judge Rya W. Zobel
I am respectfully requesting a hearing date for my motion of habeas corpus action, I have written to the office of clerk more than a month ago, but no answer was sent to me or any sold of information on hearing date. I thank you in advance for your assistance and I look forward to hear from your honor.

respectfully submitted
Duray Mandalawi