UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DURAY MANDALAWI, )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>ALBERTO GONZALES, ET AL. )<br>)<br>Respondents[1] ) | Civil Action No.<br>05cv11763-RWZ |

REPORT TO COURT

In connection with the Court's January 6, 2006, order denying respondent's motion to dismiss, respondent informs the Court with regret that the timetable for petitioner's removal to Iraq remains unknown despite continuing efforts by respondent to pursue the completion of the necessary authorizations and arrangements.

Should the Court decide to order petitioner's release, respondent requests that any such order provide an advance period of 30 days for the respondent to arrange appropriate conditions of release, which may include provisions for continuing medical care mediated by the Public Health Service, and possible registry

---

[1] The responsive official of the Department of Homeland Security responsible for enforcement of petitioner's removal order in the instant action is Bruce Chadbourne, Field Office Director for Detention and Removal, Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts. See 28 U.S.C. § 517 (providing for the appearance of the Department of Justice "to attend to the interests of the United States in a suit pending in a court of the United States").

as a sex offender also. See Attachment A, Detention and Deportation Officer Allen Sweeney, ¶ 3.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                   By:   s/Frank Crowley
                         FRANK CROWLEY
                         Special Assistant U.S. Attorney
                         Department of Homeland Security
                         P.O. Box 8728
                         J.F.K. Station
                         Boston, MA 02114
                         (617) 565-2415

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on February 7, 2006.

                                      s/Frank Crowley
                                      FRANK CROWLEY
                                      Special Assistant U.S. Attorney
                                      Department of Homeland Security
                                      P.O. Box 8728
                                      J.F.K. Station
                                      Boston, MA 02114

ATTACHMENT A

DECLARATION OF ALLAN SWEENEY

(1) I am a Detention and Deportation Officer assigned to U.S. Immigration and Customs Enforcement (ICE), Detention and Removals Operations, U. S. Department of Homeland Security, in Washington, D.C. I have been employed by the agency (formerly, the Immigration and Naturalization Service) since 1991.

(2) My present duties include development of policy and regulations relating to the enforcement of final orders of deportation and the detention and removal of aliens from the United States. In my current position I am personally familiar with inter- and intra-governmental procedures for the repatriation of persons who are citizens and nationals of Iraq.

(3) I am familiar with the case of Duray Mandalawi A29 710 639. ICE has referred Mr. Mandalawi's case to the U.S. Public Health Service (PHS) to allow PHS to locate appropriate programs to be included on the Order of Supervision as conditions of release for Mr. Mandalawi. PHS hopes to locate suitable programs within the next thirty to sixty days, and ICE will then establish the conditions of Mr. Mandalawi's release.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Allan Sweeney*

Allan Sweeney

Executed in Washington, D.C.            Dated: February 6, 2006