UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11763-RWZ

DURAY MANDALAWI

v.

ALBERTO GONZALES, et al.

ORDER

February 13, 2006

ZOBEL, D.J.

    Petitioner, an Iraqi citizen, was ordered deported on October 1, 2001. Thereafter, he was released from custody for a period of time, but on June 29, 2004,[1] returned to respondent's custody pending execution of the order of deportation. Petitioner's removal was delayed for several reasons and regardless of the reasons, therefore, respondent agrees that his detention exceeds the presumptive six months' period allowed under <u>Zadvidas v. Davis</u>, 121 S. Ct. 2491 (2001). The only issue concerns the terms of his release which require special tailoring given petitioner's medical condition.

    Accordingly, it is ordered that petitioner shall be released from detention no later than March 13, 2006. Respondent shall inform the court of the conditions it seeks to impose by March 10, 2006.

|  |  |
|---|---|
| _____<br>DATE | /s/ Rya W. Zobel_____<br>RYA W. ZOBEL<br>UNITED STATES DISTRICT JUDGE |

---

[1] The parties do not agree on all of the dates in question. I have accepted respondent's version but note that they do not drive the end result as to which the parties are now in agreement.