Duray Mandalawi
#29-71-0639
Suffolk County House of Correct
20 Bradston Street
Boston, MA 02118
02-09-2006

United States District Court
District of Massachuesetts
1 Courthouse Way, Suitte 2300
Boston, MA 02210.          05-11763-RWZ

To Whom It May Concern

To the letter dated 01-06-2006 (attached) that Motion to Dismiss without prejudice And this is challenging the unlawful of his (Mr. Mandalawi) detention by the ICE within the Boston ICE district.
Mr. Mandalawi's case is controlled by Zadvydas V Davis, 533 U.S. 678, 121 S.Ct. 2491 (2001) in which the Supreme Court ruled the indefinite detention is not authorized by statue where there is no significant likelihood of removal (in the reasonably foreseeable future.
In support to this case, Mr Mandalawi has been promised by Department of Mental Hospital to help him upon his release And for clarification, the following people (the case workers) is responsible for his addmission to the Insitution.

Heidi Deleone, tel:- 508-368-3489 or Henry Colon, tel:- 617-626-9269.

In conclusion, for aliens who are subject to Zadvydas, ICE is instructed to release the alien if there is no significant likelihood of removal in the reasonably foreseeable future, absent special circumstances justifying continued detention. 8 C.F.R. § 1241.13 (g)(1).

So therefore, Mr. Mandalawi, respectfully requests that this court take notice of the fact that his case is directly governed by Zadvydas and order his immediate release from detention.

I affirm, under penalty of perjury, that the foregoing is true and correct.

Duray Mandalawi, Pro Se
Suffolk County House of Correction
20 Bradston Street,
Boston, MA 02118.