UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DURAY MANDALAWI,                  )
                                  )
            Petitioner            )
                                  )        Civil Action No.
        v.                        )        05cv11763-RWZ
                                  )
ALBERTO GONZALES, ET AL.          )
                                  )
            Respondents[1]        )

RESPONDENT'S SECOND REPORT TO COURT

In compliance with the Court's February 13, 2006, order
directing petitioner's release no later than March 13, 2006, and
directing the submission of proposed release conditions by March
10, 2006, respondent herewith submits the proposed release
conditions after careful review of petitioner's criminal history
and medical conditions  See Attachment A.

These release conditions include an initial medical
evaluation on March 13, 2006, by the Emergency Mental Health
Department of the University of Massachusetts Memorial Hospital,
after which it is expected that petitioner will be placed with an
appropriate residential sponsor as determined by the
Massachusetts Department of Mental Health, though there is a
small chance he will be first accepted for inpatient treatment.

---

[1] The responsive official of the Department of Homeland Security
responsible for enforcement of petitioner's removal order in the
instant action is Bruce Chadbourne, Field Office Director for
Detention and Removal, Department of Homeland Security, Bureau of
Immigration and Customs Enforcement ("ICE") in Boston,
Massachusetts. See 28 U.S.C. § 517 (providing for the appearance
of the Department of Justice "to attend to the interests of the

Also, is required that petitioner comply with any inpatient or outpatient mental health treatment and substance abuse treatment, or other therapy, and medication regimens as prescribed by the Massachusetts Department of Mental Health; that petitioner register as a sex offender; that petitioner report regularly as directed to the Bureau of Immigration and Customs Enforcement ("ICE"), and that travel is restricted; that petitioner is to have no contact with and may not harass three named individuals; that petitioner comply with any electronic monitoring device program that may be implemented; and sundry other conditions of release. <u>See</u> Attachment A.

Naturally, respondent's efforts to obtain the necessary clearances for petitioner's removal back to Iraq will continue. The Release Notification also informs petitioner that violation of the release conditions and/or further criminal offenses will result in a resumption of custody by respondent.

<div style="margin-left: 40%;">

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  <u>s/Frank Crowley</u>
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114
(617) 565-2415

</div>

---

United States in a suit pending in a court of the United States").

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system
will be sent electronically to the registered participants as
identified on the Notice of Electronic Filing (NEF) and paper
copies will be sent to those indicated as nonregistered
participants on March 10, 2006.

s/Frank Crowley
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114

ATTACHMENT A



*Office of Detention and Removal Operations*

**U.S. Department of Homeland Security**
425 I Street, NW
Washington, DC 20536

## U.S. Immigration and Customs Enforcement

Duray Mandalawi (A29 710 639)
C/O DHS/ICE
Boston Field Office

### Release Notification

On February 13, 2006 the United States District Court, in Massachusetts ordered that you be released from ICE custody. Your release will be subject to certain written conditions, listed in full separately, by which you must abide. **Among other conditions will be the requirement that you report on a weekly basis, in person to ICE and comply with the conditions of the electronic monitoring device program. Also, you must fully comply with your treatment program and follow both your medical doctor's and psychiatrist's orders regarding treatment, including taking prescribed medication.** A violation of one or more of these conditions, or of any local, state or federal law may result in your being taken back into custody and any bond that you may have posted being forfeited. Your continued release from custody is also conditioned upon your maintaining proper behavior while released, including not committing any further criminal offenses.

Prior to your release from custody, an immigration officer will verify the sponsorship or employment offers presented during your review. Please forward any additional information regarding potential sponsoring family members or non-governmental organizations that may be willing to assist you upon release.

It is particularly important that you keep ICE advised of your address at all times. ICE will continue to make efforts to obtain your travel document that will allow the United States government to carry out your removal pursuant to your order of deportation, exclusion, or removal. In addition, you are required by law to continue to make good faith efforts to secure a travel document on your own. Once a travel document is obtained, you will be required to surrender to ICE for removal. You will, at that time, be given an opportunity to prepare for an orderly departure.

_____
Signature of HQPDU Director/Designated Representative

3/9/06
Date

**Decision of Post Order Custody Review – Release**
Duray Mandalawi (A29 710 639)
Page 2

## PROOF OF SERVICE

**(1)    Personal Service (Officer to complete both (a) and (b) below.)**

(a)    I _____, _____,
<div align="center">Name of ICE Officer           Title</div>

certify that I served _____ with a copy of
<div align="center">Name of detainee</div>

this document at _____ on _____, at _____.
<div align="center">Institution        Date        Time</div>

(b)    I certify that I served the custodian _____,
<div align="center">Name of Official</div>

_____, at _____, on
<div align="center">Title                Institution</div>

_____ with a copy of this document.
<div align="center">Date</div>

## OR

**(2)    Service by certified mail, return receipt.  (Attach copy of receipt)**

I _____, _____, certify
<div align="center">Name of ICE Officer          Title</div>

that I served _____and the custodian _____,
<div align="center">Name of detainee          Name of Official</div>

with a copy of this document by certified mail at _____ on _____.
<div align="center">Institution         Date</div>

( ) cc: Attorney of Record or Designated Representative
( ) cc: A-File



**U.S. Immigration and Customs Enforcement**

Division of Immigration Health Services
U.S. Public Health Service
1220 L Street NW, Suite 500
Washington, DC 20005

DATE:

TO:        John Tsoukaris
           Chief, Custody Determination Branch
           Bureau of Immigration & Customs Enforcement
           Department of Homeland Security
           Washington, D.C.

FROM:      Gene Migliaccio, Dr.P.H.
           Director

SUBJECT:   Release Plan for Duray Mandalawi

A release plan has been created by the Division of Immigration Health Services' Post Order Custody Review Unit for Mr. Mandalawi (A# 29-710-639). It contains information that will be incorporated into the Order of Supervision.

If you need further information or have any questions, please contact LCDR Tom Hochberg at (202) 732-0080.

Attachments:
Completed Form DIHS-990

Division of Immigration Health Services | Alternatives to Detention Release Plan

| Detainee Name | Last | | First | |
|---|---|---|---|---|
| | Mandalawi | | Duray | |
| **DOB** | | **A#** | | |
| January 21, 1965 | | 29 710 639 | | |

| Release Location | Address | City | State | Zip |
|---|---|---|---|---|
| U of Mass Memorial Hospital | 55 Lake Avenue | Worcester | MA | 01655 |

| Sponsor Name | Relationship | Telephone Number |
|---|---|---|
| N/A | | |

| Immigration Point Of Contact | Telephone Number |
|---|---|
| DO Jennifer McGrath | 617-565-3304 |

| Release Plan Date |
|---|
| March 8, 2006 |

## Conditions of Release

| Condition 1 | | Intake Date and Time | | |
|---|---|---|---|---|
| Comply with Emergency Mental Health Evaluation | | Upon Release or March 13, 2006 | | |
| **Agency/Facility** | **Address** | **City** | **State** | **Zip** |
| U of Mass Memorial Hospital | 55 Lake Avenue | Worcester | MA | 01655 |
| **Point of Contact** | | **Telephone Number** | | |
| Intake at Emergency Mental Health Department | | 508-334-1000 | | |
| **Duration** | | **Frequency** | | |
| TBD | | TBD | | |
| **Condition 2** | | **Intake Date and Time** | | |
| Comply with Inpatient or Outpatient Mental Health Treatment | | TBD by U of Mass Memorial Hospital and MA DMH | | |
| **Agency/Facility** | **Address** | **City** | **State** | **Zip** |
| U of Mass Memorial Hospital | 55 Lake Avenue | Worcester | MA | 01655 |
| **Point of Contact** | | **Telephone Number** | | |
| Intake at Emergency Mental Health Department | | 508-334-1000 | | |
| **Duration** | | **Frequency** | | |
| TBD based on Treatment Recommendations | | TBD based on Treatment Recommendations | | |
| **Condition 3** | | **Intake Date and Time** | | |
| Comply with Substance Abuse Treatment | | TBD by U of Mass Memorial Hospital and MA DMH | | |
| **Agency/Facility** | **Address** | **City** | **State** | **Zip** |
| U of Mass Memorial Hospital | 55 Lake Avenue | Worcester | MA | 01655 |
| **Point of Contact** | | **Telephone Number** | | |
| Intake at Emergency Mental Health Department | | 508-334-1000 | | |
| **Duration** | | **Frequency** | | |
| TBD based on Treatment Recommendations | | TBD based on Treatment Recommendations | | |
| **Condition 4** | | **Intake Date and Time** | | |
| Register as a Sexual Offender | | Within 48 Hours of Arrival, M-F between the hours of 9:00 AM and 12:00 PM | | |
| **Agency/Facility** | **Address** | **City** | **State** | **Zip** |
| Worcester Police Department | 9-11 Lincoln Square | Worcester | MA | 01608 |
| **Point of Contact** | | **Telephone Number** | | |
| Special Crimes Unit | | 508-799-8661 | | |
| **Duration** | | **Frequency** | | |
| TBD | | TBD | | |

Notes: Mr. Mandalawi must comply with all the rules and regulations as set forth by the Massachusetts Department of Mental Health. Mr. Mandalawi must also register as a sex offender within 48 hours of arrival, and participate in the mental health treatment and substance abuse programming. The Massachusetts Department of Mental Health will arrange for shelter for Mr. Mandalawi following the intake evaluation at the University of Massachusetts Memorial Hospital. Failure to comply with all the conditions of release may result in a return to detention.

DIHS-990 (11/03)

**U.S. Department of Justice**

Immigration and Naturalization Service

# Order of Supervision

File No: A29 710 639
Date: March 09, 2006

Name:   Duray MANDALAWI

on ____December 6, 2004____ , you were ordered:
(Date of final order)

[ ] Excluded or deported pursuant to proceedings commenced prior to April 1, 1997.
[X] Removed pursuant to proceedings commenced on or after April 1, 1997.

Because the Service has not effected your deportation or removal during the period prescribed by law, it is ordered that you be placed under supervision and permitted to be at large under the following conditions:

[X] That you appear in person at the time and place specified, upon each and every request of the Service, for identification and for deportation or removal.

[X] That upon request of the Service, you appear for medical or psychiatric examination at the expense of the United States Government.

[X] That you provide information under oath about your nationality, circumstances, habits, associations, and activities and such other information as the Service considers appropriate.

[X] That you do not travel outside _____The State of Massachusetts_____ for more than 48 hours without first
(Specify geographic limits, if any)
having notified this Service office of the dates and places of such proposed travel.

[X] That you furnish written notice to this Service office of any change of residence or employment within 48 hours of such change.

[X] That you report in person on the ___Monday of each week___ to this Service office at:
(Deportation Section)  John F. Kennedy Federal Bldg Govt. Center, 17th Floor #1775 Boston, MA 02203 unless you are granted written permission to report on another date.

[X] That you assist the Immigration and Naturalization Service in obtaining any necessary travel documents.

[X]  Other: That you have no contact with Debra Folsom, Keila Rose Folsom and  Daniel Ricard. You are to stay away from the residences, schools and places of employment of the above named persons. You are to refrain from any form of harassment of the above named persons. You must participate in a mental health treatment program to be designated by the Massachusetts Department of Mental Health and follow all therapy and medication regimens prescribed.  Failure to comply with all conditions of release, to include the recommendations of the mental health provider, may result in your return to detention.

[X]  See attached sheet containing other specified conditions (Continue on separate sheet if required)

(Signature of INS official)

_____
Bruce Chadbourne, Field Office Director
(Print name and title of INS official)

## Alien's Acknowledgment of Conditions of Release under an Order of Supervision

I hereby acknowledge that I have (read) (had interpreted and explained to me in the        language) the contents of
this order, a copy of which has been given to me.  I understand that failure to comply with the terms of this order may subject me to a
fine, detention, or prosecution.

_____          _____     _____
(Signature of INS official serving order)                           (Signature of alien)                                  Date

U.S. Department of Justice
Immigration and Naturalization Service

Continuation Page for Form:                          **I-220B**

| Alien's Name | File Number | Date |
|---|---|---|
| Duray MANDALAWI | A29 710 639 | March 09, 2006 |

*Alien's Signature*

**Alien's Address**

People in Peril 695-701 Main Street

Worcester, Massachusetts 10608

(508) 757-8332

Alien's Telephone Number (if any)

(picture)

**RIGHT INDEX PRINT**

PERSONAL REPORT RECORD

| DATE | OFFICER | COMMENT/CHANGES |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Signature | Title |
|---|---|
| | |

U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement

**Order of Supervision-Addendum**

File No: A29 710 639
Date: March 09, 2006

Name: Duray MANDALAWI

[X] That you do not associate with individuals known to be involved in criminal activity, or be associated with any such activity.

[X] That you register in a substance abuse program within 14 days and provide the Immigration and Customs Enforcement (ICE) with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a program counselor.

[X] That you register in a sexual deviancy counseling program within 14 days and provide ICE with written proof of such within 30 days. You must provide ICE with the name of the program, the address of the program, duration and objectives of the program as well as the name of a counselor.

[X] That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency(s) and provide the ICE with written proof of such within 10 days.

[X] That you do not commit any crimes while on this Order of Supervision.

[X] That you report to any parole or probation officer as required within 5 business days and provide ICE with written verification of the officers name, address, telephone number, and reporting requirements.

[X] You must follow all reporting and supervision requirements as mandated by the parole or probation officer.

[X] That you continue to follow any prescribed doctors orders whether medical or psychological including taking prescribed medications.

[X] That you make good faith and timely efforts to obtain a travel document and assist ICE in obtaining a travel document.

[X] That you submit a complete application for a travel document to all appropriate Embassies or Consulates, including those representing the countries of  IRAQ                                                . You must present ICE with evidence that each Embassy or Consulate to which you apply has received your request and all required documents. This may be done, for example, by mailing your application(s) with a request for return receipt and providing the signed return receipt to ICE, by obtaining a tracking number when you mail your application(s) and providing the number to ICE, or by submitting written confirmation of receipt issued by the Embassy or Consulate.

[X] That you submit your application(s) for a travel document to all appropriate Embassies or Consulates and provide proof of receipt to ICE before   May 10, 2006   .

[X] That you provide ICE a copy of your application(s) for a travel document that you submit to an Embassy or Consulate, including any supporting documents, photos, and other items provided to the Embassy or Consulate to support your application(s).

[X ] That you provide ICE a copy of all correspondence related to your travel document application(s) that you send to, or receive from, an Embassy or Consulate.

[X ] That you contact the Embassy or Consulate within 21 calendar days of making your application(s) to confirm that the information you provided is sufficient.

[X ] That you comply with any requests from an Embassy or Consulate for an interview and make good faith efforts to submit further documentation if required by the Embassy or Consulate.

[X ] Every time you report in person under this order of supervision, you must inform the local ICE office of all actions that you have taken to obtain a travel document. You must provide any available written documentation to ICE regarding these actions and the status of your travel document application(s).

[X ] That you provide ICE, upon request, with any and all information relevant to application(s)for a travel document. This may include, but is not limited to, providing information regarding your family history, including dates of birth, nationalities, addresses, and phone numbers as requested for such persons in your country of nationality and/or citizenship, or elsewhere, including residences, schools attended, etc.

[X ] You agree to participate in the treatment program arranged for you by ICE. You agree to comply with the rules and requirements of this program, to cooperate with the doctors of the program, and to provide documentation to ICE of your continued participation and compliance.

[X ] Alien's signature _____ date _____

[X] Other:  That you comply with the conditions of the electronic monitoring device program.

_____

_____

_____

Any violation of any of the above conditions may result in a fine, more restrictive release conditions, return to detention, criminal prosecution, and/or revocation of your employment authorization document.

### Alien's Acknowledgement of Conditions of Release under an Order of Supervision

I hereby acknowledge that I have (read) (had interpreted and explained to me in the _____ language) the contents of this order and addendum, a copy of which has been given to me. I understand that failure to comply with the terms of this order and addendum may subject me to a fine, more restrictive release conditions, detention, criminal prosecution, and/or revocation of my employment authorization document.

| _____ | _____ | _____ |
| (Signature of INS/ICE official serving order) | (Signature of alien) | (date) |

Please note that all references in this order/addendum to "INS" or "Service" should now be considered to refer to U.S. Immigration and Customs Enforcement (ICE). ·

Updated 1/26/2005

## Outprocessing Checklist

### Sex Offenders

[ ] Probation/Parole Officer notified.

[ ] Registered as sex-offender as required by state statute within 7 days.

[ ] Victim/Witness Coordinator notified.

[ ] Victim/Witness notified.

[ ] Written Proof of Counseling.

### Substance Abusers

[ ] Probation/Parole Officer notified.

[ ] Written Proof of Counseling.

### All Aliens

[ ] Parole/Probation Officer notified.

[ ] Obtain address where living and telephone number.

[ ] Enter into IDENT

[ ] NCIC check

[ ] Travel document application

Completed By:

_____

Deportation Officer                                            Date

Concurrence By:

_____

Supervisory Deportation Officer                               Date



*Office of Detention and Removal Operations*
**U.S. Department of Homeland Security**
801 I Street, NW
Washington. DC 20536

**U.S. Immigration and Customs Enforcement**

Commissioner Elizabeth Childs, M.D.
Department of Mental Health
Central Office
25 Staniford St.
Boston, MA 02114

MAR  -9  2006

Re:  Duray Mandalawi (A29 710 639)


Dear Dr. Childs:

Due to a recent federal court order, the U.S. Department of Homeland Security, Immigration and Customs Enforcement (ICE), has no legal authority to continue to detain the above named individual. This letter is to advise you that Mr. Mandalawi will be released from immigration custody on March 13, 2006 within the State of Massachusetts. ICE is advising your office of Mr. Mandalawi's imminent release and requesting that you consider involuntary inpatient treatment as appropriate under state law.

On May 10, 2000, Mr. Mandalawi was convicted of Indecent Assault and Battery on a Person over 14, for which crime he received a sentence of one year. Mr. Mandalawi was previously diagnosed with Bipolar I Disorder, Posttraumatic Stress Disorder, Personality Disorder, Not Otherwise Specified (NOS) and Polysubstance Abuse. He was also hospitalized from June 3, 2002 to June 7, 2002 for auditory hallucinations. Mr. Mandalawi has experienced psychotic symptoms (i.e., significant breaks with reality, marked by hearing imaginary voices and maintaining paranoid beliefs) and has been the subject of restraining orders due to domestic violence.

Mr. Mandalawi will be released on an order of supervision which will include the following conditions: reporting to ICE on a weekly basis; that he does not travel outside of the State of Massachusetts for more than 48 hours without the permission of ICE; that he register as a sex offender; that he continues to follow any prescribed doctors orders, whether medical or psychological including taking prescribed medications; and that he complies with the rules and requirements of a mental health treatment program. The University of Massachusetts Memorial Hospital will evaluate Mr. Mandalawi upon release and will provide a treatment plan. The Massachusetts Department of Mental Health will locate an appropriate residential setting and additional services needed for Mr. Mandalawi. The release and placement is being closely coordinated between the Massachusetts Department of Mental Health and the United States Public Health Service (PHS). PHS will continue to monitor Mr. Mandalawi's mental health treatment conditions of release.

If your office decides to pursue involuntary inpatient treatment with respect to Mr. Mandalawi, please advice ICE immediately as that will require revision of his order of supervision. Our office is prepared to provide other available information that may be relevant to your consideration of this request.

Please do not hesitate to contact Detention and Deportation Officer John Bretz, Office of Detention and Removal Operations, ICE, U.S. Department of Homeland Security, at (202) 732-2730 for any information you require or to advise ICE whether or not the state will pursue involuntary inpatient treatment.

John Tsoukaris
Chief, Custody Determination Unit
Office of Detention and Removal
Washington, DC