UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DURAY MANDALAWI, )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>ALBERTO GONZALES, ET AL. )<br>)<br>Respondents[1] ) | Civil Action No.<br>05cv11763-RWZ |

RESPONDENT'S NOTICE OF INTENT TO EXECUTE REMOVAL ORDER

Respondent hereby informs the Court of its intention to execute the final order of removal against petitioner **on November 5, 2006**.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                  By:   s/Frank Crowley
                         FRANK CROWLEY
                         Special Assistant U.S. Attorney
                         Department of Homeland Security
                         P.O. Box 8728
                         J.F.K. Station
                         Boston, MA 02114
                         (617) 565-2415

---

[1] The responsive official of the Department of Homeland Security responsible for enforcement of petitioner's removal order in the instant action is Bruce Chadbourne, Field Office Director for Detention and Removal, Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts. See 28 U.S.C. § 517 (providing for the appearance of the Department of Justice "to attend to the interests of the United States in a suit pending in a court of the United States").

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on October 20, 2006, at:

Duray Mandalawi
c/o Richard Jobin, Director
Brockton Multi Service Center
165 Quincy Street
Brockton, MA  02302

                          s/Frank Crowley
                          FRANK CROWLEY
                          Special Assistant U.S. Attorney
                          Department of Homeland Security
                          P.O. Box 8728
                          J.F.K. Station
                          Boston, MA 02114